FILED
U.S. District Court
District of Kansas

# UNITED STATES DISTRICT COURT

SEP 13 2019
Clerk, U.S. District Court
By _____ Deputy Clerk

### District of Kansas

(Wichita Docket)

UNITED STATES OF AMERICA,

        **Plaintiff,**

        **v.**                    **Case No.** 19-6150-01-GEB

ZACHARY AUSDEMORE,

        **Defendant.**

---

## CRIMINAL COMPLAINT

---

    I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

CARJACKING
[Title 18, U.S.C. Section 2119]

On or about September 10, 2019, in the District of Kansas,

### ZACHARY AUSDEMORE,

the defendant herein, took a motor vehicle, that is a 1998 green Honda CRV (VIN JHLRD1865WC076169), that had been transported, shipped, and received in interstate

commerce from C.C. by force, violence or intimidation, with the intent to cause death and serious bodily harm.

In violation of Title 18, United States Code § 2119.

I further state that I am a Task Force Officer with the Federal Bureau of Investigation (FBI), and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein, and offered in support of a finding that probable cause exists to believe the defendant, Zachary Ausdemore, committed the offense set forth in this Complaint.

PAUL HERMAN
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this ___13th___ day of September, 2019, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that the defendant, Zachary Ausdemore, committed the offense set forth herein.

_____                 _____
United States Magistrate Judge             Signature of Judicial Officer

2

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR CRIMINAL COMPLAINT

I, Paul Herman, am a Detective with the Wichita Police Department and Task Force Officer with the Federal Bureau of Investigation, being duly sworn, state the following:

### INTRODUCTION

This Affidavit is being offered in support of an Application for Criminal Complaint for ZACHARY AUSDEMORE, a white male, date of birth XX-XX-XXXX, for violation of Title 18, United States Code, Section 2119.

I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) assigned to the Safe Streets Task Force and assigned to the Kansas City Field Division, Wichita Resident Agency since March, 2016. I received my initial law enforcement training and instruction to become a law enforcement officer in 1994 at the Wichita-Sedgwick County Law Enforcement Training Center, located in Wichita, Kansas, where I received training concerning violations of criminal statutes as they relate to violations of the laws of the State of Kansas and the United States of America. After early assignments to various uniform assignments with the Wichita Police Department (WPD), I was promoted to the rank of Detective and assigned to the Investigations Division in 2010. Since my promotion, I have had assignments with 1) Night Investigations 2) DV/Sex crimes 3) Gang/Felony Assault 4) Homicide and 5) FBI Safe Streets Task Force. As a Detective, I have arrested numerous individuals for violating Federal and State statutes concerning possession, manufacture and sale of controlled substances, weapons, and other illegal contraband violations.

The statements contained in this affidavit are based on information known to me as a result of my participation in this investigation and on information provided to me by witnesses or other

law enforcement personnel involved in this investigation. The statements are also based upon the collective experience of other law enforcement personnel involved in this investigation and on my own training and experience as a Detective.

## PROBABLE CAUSE

1.    At approximately 0840 hours on Tuesday, September 10, 2019, T.P. called the WPD to report the theft of his 1999 Jeep Wrangler with Oklahoma tag #DFK110. This case was documented under WPD case # 19C0523390.

2.    Later T.P's brother had called Police dispatch and was watching the Jeep when it left an address on Lisa Lane and drove to the area of 21st and Amidon and pulled into the McDonald's at 2261 N. Amidon, Wichita, Sedgwick County, Kansas.

3.    WPD Officers responded to the McDonald's parking lot, and pulled in front of the Jeep with emergency lights engaged on their WPD Chevrolet Tahoe. The Officers issued multiple verbal commands to the occupants of the Jeep to put up their hands. An officer described how the driver of the vehicle pulled the Jeep forward and then backwards in order to turn the vehicle and maneuver around the WPD vehicle. The Officer said the Jeep turned the front of the car toward him and accelerated. The Officer feared that he was going to be run over and severely injured so he fired three rounds in an attempt to stop the driver.

4.    The Jeep exited the parking lot and officers pursued it though out the neighborhood when it finally came to a stop in the 3000 block of north  Halsted

5.    Pursuing officers took D.H. was taken into custody at the Jeep.

6.    D.H. stated "James" was the driver of the Jeep and her boyfriend was in the front passenger seat.  D.H. identified her boyfriend as Zachary Ausdemore and stated he had been shot by the officer.

2

7.      C.C., a W/M, 82 years old, reported that he was sitting inside his residence with his wife, MJB, a W/F, 77 years old, when he saw a white Jeep go speeding by and police cars chasing it. CC went out to the street to see what was going on as MJB exited the house with him.

8.      MJB stated she was standing by the front porch when a W/M with blond hair, with blood on him and holding his arm, came from around the house and approached her. The unknown male asked her if he could come inside and use her phone. MJB handed the unknown male her gold IPhone 5 with a red case. As soon as he had the phone, he demanded, "give me your fucking keys or I'll kill you". MJB stated she was scared and yelled to CC to come help her.

9.      CC stated he walked to the unknown male who demanded that he give him the keys. CC stated he was in fear of the angry bloody male, so he pulled all the keys out of his pocket and handed them to the unknown male.

10.     The unknown male asked which car the keys were for, and CC pointed to the 1998 green Honda CRV. The unknown male started the CRV and drove away, still in possession of MJB's cell phone.

11.     A short time later Officers spotted the stolen Honda on I-235 Highway. An extended chase led Officers into south Wichita and later into Haysville. The vehicle was heading west on 55th Street south, approaching K-42 Highway, when the vehicle left the roadway, veering into a nearby field, where the vehicle got stuck in deep mud. The driver, Zachary Ausdemore, was the only occupant and fled a short distance on foot before being taken into custody. Zachary had a gunshot wound to the right arm and was taken to a local hospital for treatment.

12.     Zachary Ausdemore took a motor vehicle, to wit:  a 1998 green Honda CRV (VIN JHLRD1865WC076169) that had been transported, shipped and received in interstate commerce

from C.C. by force, violence or intimidation, with the intent to cause death, and serious bodily injury.

## CONCLUSION

13.     Based upon the aforementioned facts, there is probable cause to believe that ZACHARY AUSDEMORE was in violation of Title 18, United States Code, Section 2119.


FURTHER AFFIANT SAYETH NAUGHT.


Paul Herman
FBI Task Force Officer
Federal Bureau of Investigation



SUBSCRIBED TO AND SWORN before me this _B_ day of September, 2019.


HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge
District of Kansas

4